Exhibit A
U.S. Patent No. 4,752,694

# United States Patent [19]

## Hegel, Jr. et al.

[11] **Patent Number:** **4,752,694**

[45] **Date of Patent:** **Jun. 21, 1988**

[54] **ARRAY UNIFORMITY CORRECTION**

[75] Inventors: **Rudolph R. Hegel, Jr.,** Richfield; **R. Andrew Wood,** Bloomington, both of Minn.

[73] Assignee: **Honeywell Inc.,** Minneapolis, Minn.

[21] Appl. No.: **2,324**

[22] Filed: **Jan. 12, 1987**

[51] Int. Cl.⁴ ........................................ G01K 17/20

[52] U.S. Cl. .............................. 250/578; 358/213.15; 374/32; 374/128

[58] Field of Search ........... 250/578; 358/212, 213.11, 358/213.15, 213.17, 213.31; 357/30 H, 24 LR, 29, 32; 374/128, 32

[56] **References Cited**

### U.S. PATENT DOCUMENTS

3,562,418  2/1971  Glusick et al. .
3,668,408  6/1972  Yamashita et al. .
3,676,590  7/1972  Weimer .
3,801,949  4/1974  Larrabee .
4,298,887  11/1981  Rode .............................. 358/213.15
4,459,488  7/1984  Uzawa et al. ...................... 250/578
4,472,239  9/1984  Johnson et al. .
4,633,314  12/1986  Kurata et al. ................... 358/213.15
4,654,816  3/1987  Arques et al. ................... 358/213.31

*Primary Examiner*—Edward P. Westin
*Attorney, Agent, or Firm*—Omund R. Dahle

[57] **ABSTRACT**

A two-dimensional bolometer array having electronic array uniformity correction. The individual resistive sensors in the bolometer array are not electrically uniform and uniformity is a requirement to permit efficient electrical readout of signals. An electronic correction circuit in this invention automatically corrects for non-uniformity in the array.

**9 Claims, 3 Drawing Sheets**





*Fig. 1*



*Fig. 2*



_Fig. 5_



*Fig. 3*

*Fig. 4a*

*Fig. 4*

4,752,694

1

## ARRAY UNIFORMITY CORRECTION

### ARRAY UNIFORMITY CORRECTION

The U.S. Government has certain rights in this invention pursuant to the terms of a contract DAAL01-85-C-0153.

### BACKGROUND AND SUMMARY OF THE INVENTION

The field of the invention is two-dimensional bolometer arrays, and particularly to non-uniformity correction thereof.

Two-dimensional arrays of bolometers require high electrical uniformity to permit efficient electrical read-out of signals. Non-uniformities may be due to fabrication irregularities in any part of the array, eg. in the sensors themselves, in any blocking diodes in the array, or in the bus lines. High uniformity is difficult to attain during manufacture. This invention allows high uniformity to be attained by an electronic correction circuit, which automatically corrects for non-uniformity in the array. Two types of circuits are shown, with different merits. In the prior art such as U.S. Pat. Nos. 3,562,418, 3,668,408 and 3,676,590 are shown two-dimensional matrix arrays of photoresponsive elements.

A two-dimensional bolometer array such as is used in the present invention is made up of a number of resistive thermal detectors. A resistive thermal detector is one whose electrical resistance changes as a function of temperature. Such two-dimensional arrays are known.

In the prior art, such as U.S. Pat. No. 3,801,949 there has been taught a radiation detecting solidstate imaging device which is small in size and which has a two-dimensional array of thermal detectors in an integrated microcircuit. The detector array is fabricated on a single crystal silicon substrate coated with a thin layer of electrical insulating material, such as silicon dioxide or silicon nitride. Etched openings are made in the silicon beneath the insulating layer wherever a sensing element is desired for the purpose of thermally isolating the sensing elements from their surroundings.

Another prior art example of thermal sensors on the crystalline structure of a single crystal semiconductor is the Johnson and Higashi U.S. Pat. No. 4,472,239, assigned to the same assignee as the present invention. The referenced patents shows that the technique is known to manufacture micromechanical devices by etching into single crystal silicon. The citation of these two patents is provided merely as background and is not deemed as prior art to the specific invention claimed in this application.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic representation of an embodiment of the invention.

FIG. 2 is a graphical plot of the resistance $R_{ds}$ of a FET versus $V_{gs}$ typical in volts.

FIG. 3 is a graphical picture of the individual resistance of the sensors in the $3 \times 3$ array.

FIGS. 4 (and 4a) is an alternate embodiment to FIG. 1 and is shown in schematic diagram form.

FIG. 5 is another alternate embodiment and is shown in schematic diagram form.

### DESCRIPTION

FIG. 1 schematically shows a $3 \times 3$ array 10 of resistive sensors with associated blocking diodes. Each sensor may be connected to a readout circuit via points A and B by closing selected contacts of switches 60 and 61. These switches apply control signals to the FETs connected to each row and column of the array, enabling any FET to be switched to a low-impedance "ON" state.

Thus there is shown resistive sensors 11, 12, 13, 21, 22, 23, 31, 32 and 33 each having in series therewith a current blocking diode D. Array 10 has shown three rows of conductors R1', R2' and R3' and three columns of conductors C1, C2 and C3 for explanatory purposes. The $3 \times 3$ array is exemplary and any desired size array can be used. In series with conductor R1 is the output circuit of a FET 14. Gate electrode of FET 14 is connected by a conductor 17 and resistor 17' to a bias voltage supply $V_A$. Likewise FET 15 is connected by conductor 18 and resistor 18' to $V_A$ and FET 16 is connected by a conductor 19 and resistor 19' to $V_A$. The potential of $V_A$ is effective to bias the FETs 14, 15 and 16 to a non-conductive state.

In series with conductor C1 is the output circuit of a FET 44. Gate electrode of FET 44 is connected by a conductor 47 and a resistor 47' to a bias supply $V_B$. Likewise FET 45 is connected by conductor 48 and resistor 48' to $V_B$ and FET 46 is connected by a conductor 49 and resistor 49' to $V_B$. The bias potential $V_B$ is effective to bias the FETs 44, 45 and 46 to a non-conductive state. The FETs 14, 15 and 16 and also 44, 45 and 46 need to be biased "on" in a proper sequence to measure the resistance of the array of sensors. The dotted line 50 shows a sample current path for the sensor 11 starting from terminal A through conductor R1, FET 14, sensor 11 and diode D, conductor C1, FET 44, terminal B and readout circuit 51. Each of the sensors shown may be connected to the preamplifier and readout circuit 51 via terminals A and B by selectively closing contacts of switches 60 and 61. Switch 60 has independently operable contacts A, B and C and switch 61 has independently operable contacts D, E and F. These switches apply control signals to the FETs connected to each row and column of the array, enabling any FET to be switched to a low-impedance "ON" state. In the current path shown by dashed line 50, switch contacts 60A and 61D are closed to bias on FETs 14 and 44. The switches 60 and 61 are schematically shown in FIG. 1 as mechanical contacts, however, these switches may be electronic switches controlled by a sequencer 62. The sequencing signal to switch 61 may run at three times the rate of the sequencing signal to switch 60, for example. Sequencer 62 provides all the signals necessary to synchronize the operation of memory 70, switch 60 and 61, and the readout circuit 51.

The switching potential $V_C$ applied through switch contacts 61D, E or F to FETs 44, 45 and 46 respectively, is sufficient to switch these FEs full on. In the case of FETs 14, 15 and 16, however, the situation is somewhat different. Rather than switch these FETs 14, 15 and 16 full on in their proper sequence, it is designed to selectively control the on-resistance of the FET depending on the sensor being energized. The control signal fed to the FET gates is derived from the digital memory 70, labeled MEM, via a digital-to-analog converter 71 labeled D/A, a sample-and-hold 72, a conductor 73 and switch 60. The digital data stored in the memory consists of numbers which, when converted to a control voltage and applied to the JFET gate, controls the precise ON-resistance of a FET so that the

4,752,694

3

effective impedance between A and B is always the same whatever sensor is selected. A different number is stored in the memory for each array sensor; and is withdrawn from memory when that sensor is required to be readout. Typically the control signals applied to a FET change the FET ON-resistance by about 0.5 ohm per millivolt applied to the gate. Thus an array non-uniformity of about 500 ohms can be corrected with control signals of up to about 1000 millivolts applied to the FET gates as shown graphically in FIG. 2.

FIG. 3 shows in graphical form an example of the varying resistances of the several sensors 11, 21, 31, 12, 22, 32, 13, 23 and 33 when they are measured under like conditions. During this initial measurement of the sensors, the FETs 14, 15 and 16 are also biased full on in proper sequence together with FETs 44, 45 and 56. In this example curve, the sensor 23 has the highest resistance $R_{23}$. It is desirable to add enough series resistance to each of the other sensors by way of the FET 14, 15 or 16 to bring the total series resistance of each sensor up to that of $R_{23}$.

This series resistance to be added is shown in FIG. 3 by the vertical arrows $R_{41}$–$R_{49}$ above the resistance of each sensor. In order to add the proper resistance the graph presentation of FIG. 2 is helpful in which bias applied to the FET is plotted vs. resistance $R_{ds}$. Thus for instance, from FIG. 3, for the sensor 11 which has a measured resistance of $R_{11}$, there must be added a resistance $R_{41}$ in the impedance of FET 14. Thus the control signal fed to the FET gate must be of the voltage to make the drain to source resistance equal to $R_{41}$. In other words, the digital data number stored in memory 70 for location sensor 11 must convert to a potential in D/A converter 71 so that closed contact 60A of switch 60 connects the voltage to the gate of FET 14 which 35 results in an impedance $R_{ds}$ from drain to source. As the sequencer 62 cycles to each subsequent sensor, the memory 70 produces the right number to bias the FET 14, 15 or 16 to the correct impedance for that sensor. In this way the effects of the non-uniformities of the several sensors is electronically minimized, and in the absence of external radiation to the sensors, the readout circuit will see the same output for each sensor. In operation, a radiation image 75 is falling on the two-dimensional array 10 and the temperature responsive sensors 11 etc. in the array are each being heated according to the radiation image. The synchronization circuit 69 is maintaining the sequencer 62, the memory circuit 70, and the read-out circuit 51 in sync so that the readout circuit receives information which is a true function of the radiation image, the nonlinearities of the sensors having been eliminated, in effect.

ALTERNATE EMBODIMENTS

The embodiment of FIG. 1 described above uses an offset correction signal applied to the FETs 14, 15, and 16 surrounding the array. An advantage of this embodiment is that the array non-uniformity is corrected directly at the preamplifier 51 does not have to accomodate a large dynamic range) and very large non-uniformities can be corrected. A disadvantage is that the signal levels at the array are at their smallest, and the noise and stability requirement on circuits are most stringent.

FIGS. 4 and 5 show alternate preferred embodiments from that described in FIG. 1. Many of the components are the same, however, and the same identifying numbers are used throughout wherever possible. Referring

4

now to the embodiment of FIG. 4 it will be seen that remaining unchanged is the array of resistive sensors 10, the rows and columns, the FETs, and the switches 60 and 61. One immediately apparent difference is that a constant voltage control signal 80 is selectively applied to FETs 14, 15 and 16 through switch 60. The control potential 80 is effective to switch any of FETs 14, 15 and 16 to a low impedance "ON" state, that is, full-on. In the previous embodiment, in contrast, these FETs were operated as controlled resistance members. In FIG. 4 the offset correction circuit 81 provides an alternate correction means and this circuit 81 is connected to provide a selected offset correction voltage which is applied at the output of preamplifier 51'. In FIG. 4 there is shown in the offset correction circuit 81 a voltage divider 81 comprising a potential source $V_E$ and a plurality of series connected resistor elements $R_1$–$R_{15}$. Switch 60' comprises a plurality of switches 101 through 116, all normally OFF, selectively connect any one of 16 points along the resistive divider to ground potential 83, depending on which switch is turned on. The plurality of switches 101 through 116 may comprise in part a plurality of field effect transistors (FETs), see FIG. 4a. This provides for a selection from 16 different offset correction voltages to be added to the preamp supply $V_F$. Thus a circuit can be traced from the $3 \times 3$ array 10 output at B through preamplifier transistor 51', a load resistor $R_L$, a potential source $V_F$, voltage divider network 82 and through a selected one of switches 101–116 to ground. A conductor 84 from the output of sequencer 62 is connected by way of memory 70', and further conductor 85 in controlling the switch 60' so that the proper corrective bias is added to preamp 51' as each array matrix pixel is being interrogated. Nonuniformity in the signal levels from the array are therefore corrected at the output of the preamplifier.

Referring now to FIG. 5 there is shown another embodiment which is currently a preferred embodiment. Similar to FIG. 4 it will be seen that remaining unchanged is the array of resistive sensors 10, the rows and columns, the FETs, and the switches 60 and 61. As in FIG. 4, a constant voltage control signal 80 is selectively applied to FETs 14, 15 and 16 through switch 60. This control potential 80 is effective to switch any of FETs 14, 15 and 16 to a low impedance "ON" state, that is, full-on.

Also similar to FIG. 1, there is shown in FIG. 5 an offset correction circuit 81'' which includes a digital memory 70'', labeled MEM, a digital-to-analog converter 71'', labeled D/A, and a sample-an-hold 72'', labeled S&H. This offset correction circuit has digital data stored in the memory 70'' which consists of numbers which when converted to a voltage by means of the D/A 71'' and the S&H 72'' is applied at conductor 85 to the output of preamp 51'' so that the proper corrective bias is add to preamp 51'' as each array pixel is being interrogated. Nonuniformity in the signal levels from the array are therefore corrected at the output of the preamplifier. Thus in FIG. 5 the correction signals applied to the output of the preamplifier are obtained from a sample-and-hold unit rather than from a potential divider (as in FIG. 4). This allows a large number of correction voltages to be selected and applied, e.g., use of a 16-bit memory and D/A will allow 65,536 correction voltages. To obtain this many correction voltages using the arrangement of FIG. 4 we would need 65,536 individual switches. At the present time there are some

4,752,694

5

limitations to the circuit of FIG. 5 in that there is a tendency for D/A and S&H chips to be more noisy and less stable than the simple arrangement shown in FIG. 4.

The embodiments of the invention in which an exclusive property or right is claimed are defined as follows:

1. A circuit for providing array uniformity correction, comprising in combination:

a plurality of resistance type radiation sensor means connected in an array, each of said sensor means having an inherent electrical resistance associated therewith, the ohm magnitude of which may differ from sensor to sensor;

switching means for sequentially connecting said sensor means, one at a time, to an electrical source and to a readout circuit for interrogation of said sensor means, said switching means including controllable resistance means in series with the sensor means;

digital memory means storing a separate number for each of said sensor means, which numbers are a function of the inherent resistance value, respectively, of each sensor means; said memory means also providing an output of the number representing the sensor means under interrogation; and,

digital-to-analog converting means connected for converting the number output of said memory means to an analog voltage and applying the analog voltage in controlling biasing relation to the controllable resistance means.

2. The circuit according to claim 1 in which each of said sensor means further includes diode means in series therewith.

3. The circuit according to claim 1 in which said switching means comprises a plurality of field effect transistors each of which is biased to a non-conductive quiescent state, and any two of which can be selectively biased to a conductive state to connect a selected corresponding sensor means for said interrogation.

4. The circuit according to claim 1 in which said controllable resistor means comprises field effect transistors.

5. A circuit for providing array uniformity correction, comprising in combination:

6

a plurality of resistance type radiation sensor means connected in a twodimensional x-y array, each of said sensor means having an inherent electrical resistance associated therewith, the ohm magnitude of which may differ from sensor to sensor;

switching means for sequentially connecting said sensor means, one at a time, to an electrical source and to a preamplifier and readout circuit for interrogation of said sensor means;

digital memory means storing an individual number for each of said sensor means, which numbers are a function of the inherent resistance value, respectively, of each sensor means; said memory means also providing an output of the number representing the sensor means under interrogation;

sequencer means connected to said switching means and to said memory means for synchronizing said switching means and said memory means to the sensor being interrogated; and

offset correction circuit means comprising a multipotential source connected to supply a controlled potential to said preamplifier to thereby adjust the output signal from said preamplifier to said readout circuit, said multipotential source being connected to and controlled by said memory means output.

6. The circuit according to claim 5 in which each of said sensor means further includes diode means in series therewith.

7. The circuit according to claim 5 in which said switching means comprises a plurality of field effect transistors each of which is biased to a non-conductive quiescent state, and any two of which can be selectively biased to a conductive state to connect a selected corresponding sensor means for said interrogation.

8. The circuit according to claim 5 in which said multipotential source comprises a multisection resistive voltage divider network having nodes between resistive sections and a plurality of switching means selectively connecting said nodes to a reference potential in response to a signal from said memory means.

9. The circuit according to claim 8 in which said plurality of switching means comprises in part a plurality of field effect transistors.

* * * * *

# Exhibit B
# U.S. Patent No. 5,895,233



US005895233A

# United States Patent [19]

## Higashi et al.

| [11] | Patent Number: | 5,895,233 |
|---|---|---|
| [45] | Date of Patent: | *Apr. 20, 1999 |

[54] **INTEGRATED SILICON VACUUM MICROPACKAGE FOR INFRARED DEVICES**

[75] Inventors: **Robert E. Higashi**, Shorewood; **Jeffrey A. Ridley**, Burnsville; **Thomas G. Stratton**, Roseville; **R. Andrew Wood**, Bloomington, all of Minn.

[73] Assignee: **Honeywell Inc.**, Minneapolis, Minn.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/939,960**

[22] Filed: **Sep. 29, 1997**

**Related U.S. Application Data**

[63] Continuation of application No. 08/715,115, Sep. 18, 1996, abandoned, which is a continuation of application No. 08/507,796, Jul. 26, 1995, abandoned, which is a continuation of application No. 08/166,492, Dec. 13, 1993, abandoned.

[51] Int. Cl.⁶ ................................................ H01L 21/44
[52] U.S. Cl. .......................................... 438/107; 458/108
[58] Field of Search ............................ 257/21, 444, 737, 257/777, 778, 779, 780, 227, 293, 749, 433, 434; 250/338.1; 438/107, 108, 109

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 3,577,037 | 5/1971 | Di Pietro | 257/777 |
|---|---|---|---|
| 3,973,146 | 8/1976 | Arnold et al. | 257/227 |
| 4,122,479 | 10/1978 | Sugawara et al. | 257/777 |
| 4,369,458 | 1/1983 | Thomas et al. | 257/777 |
| 4,555,720 | 11/1985 | Readhead | 257/777 |
| 4,555,970 | 11/1988 | Solomon | 257/777 |
| 5,006,711 | 4/1991 | Hanashima et al. | 250/349 |
| 5,318,666 | 6/1994 | Eklind et al. | 156/643 |
| 5,397,897 | 3/1995 | Komatsu et al. | |
| 5,521,123 | 5/1996 | Komatsu et al. | |

FOREIGN PATENT DOCUMENTS

| 0453372 | 10/1991 | European Pat. Off. |
| 2121598 | 12/1983 | United Kingdom . |

OTHER PUBLICATIONS

n–p–n Silicon Lateral Phototransistors for Hybrid Integrated Optical Circuits, Huang et al., IEEE vol. 6D–33, No. 4, Apr. 1986.

*Primary Examiner*—Kevin M. Picardat
*Attorney, Agent, or Firm*—Ian D. MacKinnon

[57] **ABSTRACT**

An efficient method brings together two wafers of dies that contain an infrared transparent window or top cap with either an infrared detector or emitter array to produce a low cost infrared package. A low thermal conductivity gas or a vacuum may be used between the wafers for enhanced thermal isolation. Joining of the wafers is preferably by solder, although ultrasonic bonding can be used.

**4 Claims, 4 Drawing Sheets**





Fig 2

Fig 1



Fig 3



Fig 4



Fig.5

Fig.6

5,895,233

1

## INTEGRATED SILICON VACUUM MICROPACKAGE FOR INFRARED DEVICES

This application is a continuation of application Ser. No. 08/715,115, filed Sep. 18, 1996, now abandoned, which is a continuation of application Ser. No. 08/507,796, filed Jul. 26, 1995, now abandoned, which is a continuation of application Ser. No. 08/166,492, filed, Dec. 13, 1993, now abandoned.

This application relates to the field of infrared sensing and infrared scene projection or emission, and particularly to the packaging of arrays of small elements, and thereof.

### BACKGROUND

Thermal isolation is very important for thermal based infrared devices (detector or emitters), as opposed to quantum detectors or emitters, since the detection or transmission of infrared radiation is directly related to the temperature rise achieved by the detector or emitters of the device. The better the thermal isolation of the detector or emitters the more efficient the device will be at converting radiation to heat (detector) or heat to radiation (emitter). Vacuum packaging is a very effective means to improve performance. It reduces heat flow from individual infrared units to their neighbors and/or to surrounding surfaces via ambient gas molecules by eliminating such molecules.

Because microstructure infrared detector and emitter arrays are very small and fragile, common silicon production and packaging techniques may not be suitable for large scale production of these array bearing devices. Typical infrared units in the arrays are built to be thermally isolated from the chip, as well as their neighbors, thus having elements suspended apart from the substrate to enhance the thermal isolation by having the minimal physical contact possible. These bridges or suspension structures can be particularly fragile, therefore the method of encapsulating them into a vacuum can be critical to device yield rates.

A method for packaging the die in a batch process substantially improves the yield, reduces the cost and at the same time achieves maximum performance of these devices. This type of packaging is necessary to mass produce low cost, thermally based infrared devices. The proposed package is termed a "micropackage."

Maintaining an effective vacuum in a sealed package is often challenging due to surface outgassing. Frequently heat treatments will minimize this but such outgassing determines the effective life of the device unless it can be periodically or continuously removed. Integrating a getter into each discrete chip would be a method of maintaining a good vacuum for all chips as the getter will counteract the outgassing generated by the package surfaces.

The innovative structures taught here provide tremendous cost savings over prior designs for packaging devices, the capability of achieving much smaller packages, as well as having the potential to greatly increase packaged device yield for lower cost.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view of a wafer level design employed by a preferred embodiment of the invention.

FIG. 2 is a cut-away side view at the wafer level in accord with a preferred embodiment of the invention.

FIG. 3 is a cut-away side view of an individual device of one preferred embodiment at the chip level of the invention.

FIG. 4 is a cut-away side view of another preferred embodiment at the chip level of the invention.

2

FIG. 5 is side view of two major components at the chip level of a preferred embodiment of the invention.

FIG. 6 is a top view of the surface patterning of the substrate layer (upper surface) at the chip level of a preferred embodiment of the invention.

### SUMMARY OF THE INVENTION

A construction technique and infrared device built thereby are described herein.

A wafer assembly having infrared devices (which can be detectors or emitters, either singly or in an array or arrays) provide for an inexpensive way of packaging infrared devices. The wafer is covered and maintained in a vacuum by a top cap of infrared transparent material spaced apart therefrom by a solder bead and farther from the structure of the top cap wafer in some instances.

In either case, the result is a minimally thermoconductive space between the top cap and the infrared devices, which can be evacuated or filled with minimally thermoconductive fluid or gas. The spacing can be provided by any or all of the solder bead; a recess in the top cap or an additional spacer layer of material added either to the bottom of the top cap or the upper surface of the infrared containing wafer.

In the preferred embodiment, the wafer assembly is then diced into its final chip components, each maintaining individual vacuum integrity. It is preferred that each vacuum cavity has an integral getter to increase the vacuum life of the component.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring first to FIG. 1, a wafer which will be used to create a set of devices in accord with a preferred embodiment of the invention is shown, being a wafer composed of many devices or chips 8, constructed thereon by prior processes not described here.

In FIG. 2, a cross-sectional view is taken of a wafer 9 like wafer 7 of FIG. 1, having a top cap wafer (9b) attached thereto. The top cap wafer (9b) should be an IR transparent wafer. When attached in a vacuum, all the devices on one wafer 9 are simultaneously sealed by the cap 9, in a highly efficient batch fabrication technique. The spacer material 11 both holds the wafers 9 and 9b apart and seals each individual chip or die 8, in its own area. The dashed lines shown at 12 around chip 84 show where the paired wafers would be diced to produce a chip based on the infrared device in area 84.

Referring now to FIG. 3, a device in accord with the preferred embodiment 10 is illustrated at the "device" or chip level, having two major component parts; a substrate or base chip 9 and a top cover 12. On the surface of the top cover 12 is an anti-reflective layer 13 and underneath its surface is a second anti reflective coating 14. (Substances used for anti-reflective coatings are well known.) The joining of the two halves in accord with this invention yields a space 21 between them. By sealing them together, preferably with a solder layer 16, 16a while the two halves are in a vacuum, the cavity 21 itself remains evacuated. The solder layer 16 can be applied by vacuum deposition and either lift-off or etch, or by masking and plating. The wafer or chip containing the microbolometers 20 and or other type (pyroelectric, thermoelectric, etc.) of thermal infrared sensitive devices, are manufactured first. Such manufacture is not a part of this patent and can be done in numerous known ways. There can be electronics 25 beneath the surface layer

5,895,233

3

that provides some signal processing and/or switching properties which the infrared sensitive devices (20) will use. Generally, there is a layer 22 of electrical connections and the microbolometer 22a or other infrared sensitive or emitting devices. These electrical leads can be passivated (i.e., coated with a protective layer of material, for example, silicon nitride or other well known passivation material) such that the solder layer can be applied over them and form the vacuum seal without shorting the leads together. The leads terminate on pads 18 that wire bonds can be made on and connected to other circuitry off the infrared sensitive device.

The infrared sensitive elements 20 are usually thin film structures that are suspended above the chip surface for thermal isolation and such devices are very fragile in subsequent manufacturing steps. FIG. 3 illustrates devices where this thermal isolation is accomplished by etching away part of the substrate 22b. The top cap needs to be separated from the thermally isolated elements so as to not touch the elements and conduct heat towards or away from the elements. An effective way to assure a good cavity size is to etch a recess in the top cap surface 15. With this recess present extreme measures are not necessary to prevent the solder from being squeezed out causing the separation between pads 15a and 16 to become extremely small when the solder is molten and the wafers are pressed together. A metal layer 15a that the solder can wet to and to allow for the solder 16, 16a to be patterned on the top cap surface so as to form a ring or frame large enough to encircle the array of thermally isolated structures 20. A similar ring or frame of metal that the solder can wet to may also be preferably created on the wafer of detector/emitter die.

Two wafers are brought together in vacuum, using suitable wafer bonding equipment. Low levels of heat may be used for this processing step (solder usually reflows between 100–300° C. depending on type used, we presently prefer to use 50:50 InPb. The user may, of course, use any solder he/she prefers.) The die are sealed in vacuum and the fragile thermally isolated elements are protected from damage and debris associated with subsequent wafer sawing and die handling by the surrounding solder bead. Lines for wafer sawing 27, illustrate in one direction how die would be separated while maintaining the integrity of solder seal. (The top cap 12 should also have had its anti reflective layers 13 and 14 placed thereon before the joining of the two halves 12 and 11.)

Because the resultant package is only the thickness of two silicon wafers the result is a significant reduction in both the size and the weight of the package as compared to a standard vacuum package for similar devices. This aspect is important and desirable for almost all applications of infrared devices.

To ensure a low pressure is maintained within a micropackage (chip level vacuum cavity 21), it is useful to ensure that no materials which will excessively outgas lie within the micropackage. In addition, since the internal surfaces of the infrared die and overlying insulator or top cap will have at least a small outgassing rate, it may be necessary, or at least useful, to include small quantities of a specialized getter material within the micropackage. The function of the getter material is to absorb outgassants, which would otherwise cause an increase in the internal pressure of the micropackage and the resulting decrease of the thermal isolation of the IR detector or emitter elements.

Suitable getter materials are well known, such as thin films of barium, vanadium, iron, zirconium or their alloys.

4

Before such materials can act as getters, they must be activated by heating to a high temperature for a short period.

To incorporate and activate small quantities of getter materials within a micropackage, the required mass of getter material may be deposited monolithically upon suitable regions of the infrared die or the top cap. Numerals 23 and 24 show locations where such monolithic getters may preferably be placed. The getter material may be either deposited directly upon these surfaces 24, or upon thermally isolated microbridges 23 of such materials as silicon nitride. An advantage of deposition upon a microbridge is that the thermal isolation property of the microbridge allows thermal activation of the getter material by a small heating power applied for a short time, for example by an electrical heating current or a beam of heating radiation as produced by an infrared laser, without requiring the adjacent parts of the infrared die or window to be heated significantly.

If the getter is on a thermally isolated structure, an alternate heating method may be to supply an electric current passed through a resistive heating element fabricated on the structure to heat the structure enough to activate the getter. To get electric power to the heater another solder pattern 23c can be produced at the same time as the solder ring 16. 16a to connect pads on the top cap 23a to pads on the device chip 23b. These pads 23b consist of a metal that solder can wet to and connect to leads 22 which will connect to pads 18 for wire bonding. A hole 26 through the top cap 12 over the pads allows access to the sealed devices for wirebonding. If desired, a large molecule or atomic gas, preferably non-reactive such as Xenon, maybe used instead of the vacuum or vacuum/getter filler. Xenon is known, for example, to be only one-fifth as thermally conductive as air. Currently, the evacuated space and getter combination is preferred, however.

For lowest cost the top cap 12 should preferably be comprised of single crystal silicon, with low absorption in the region of infrared detection or emission. This is material which is transparent to infrared radiation and easily obtainable.

Alternatively a window in the top cap wafer, or the top cap wafer itself, could be formed of a thin film of polycrystalline silicon or other materials such as germanium, GaAs, etc. with different degrees of transparency. Thus, if the structures at 20 are emitting structures, the infrared can be transmitted through the top cap 12 and, if they are receiving or detector structures, the infrared from the environment can be received into them also through top cap 12.

Referring now to FIG. 4, a substrate with infrared sensitive devices 44 is indicated by the numeral 41 and the device overall by the numeral 40. For very large arrays of infrared sensitive devices or thin windows in the top cap, the load of atmospheric pressure on the top cap and device chip can cause bowing such that the two inner surfaces can touch. At least one support post 43 may be added to cause the top cap to remain separated from the top cap 42 which in this embodiment is lengthened substantially without increasing its width. This permits the encapsulation of very large arrays or infrared sensitive structures which are substantially more useful in infrared imaging devices, such as cameras, for instance. FIG. 4 also shows another method that the top cap can be spaced apart from the thermally isolated elements. A standoff 45 of deposited material such as a metal can be patterned at the same time as the support post 43 thereby eliminating the need for the recess etch in the top cap surface. If desired, a metal that the solder can wet to can be patterned on top of the post for subsequent soldering operations.

5,895,233

5

In another alternative the getter could be placed on a thermally isolated structure on the detector/emitter die 47. Electrical connections to this getter for heating can be made as in the structure depicted in FIG. 3 with layers such as 22 and pads 18.

To further integrate the electronic portion of the system, electronic devices 48 could be fabricated in the top cap wafer and connections can be made to these devices in the same manner as the thermally isolated getter in FIG. 3 with pads 23a, 23b, solder 23c. Some of the benefits of placing electronics in the top cap are further size reduction, lower electrical noise due to shorter leads, and temperature matched very closely to the infrared sensitive die.

A layer of solder is preferable to all other structures known for this kind of bonding in a vacuum environment. However, ultrasonic pressure devices may also be used if properly constructed to push the entire post or pedestal structure against the surface of substrate 41 all at the same time.

A simple representation of the structure 30 is found in FIG. 5. In this case, a gap or hole 33 is made (in this case by etching) to provide for direct access to the bonding pads so that the infrared structures (not shown) in substrate 31 can have electrical access to the outside world. A layer of solder 34 is shown located on the underside of top cap 32 showing where such a solder layer might be located in a cold form for one preferred form of assembly.

Referring now to FIG. 6, the areas 51 through 59d of interest are illustrated on a surface 31. In the center of the set of structures is the area 51 in which the infrared 15 sensitive structures would be located. Area 52 indicates the region in

6

which the top cap cavity edge would be located. Beyond this is area 53 in which the solder layer such as that shown in FIG. 5 (numeral 34) would be located. The outer edge 54 is also shown. Wire bonding pads 58a through 59d are shown within area 54. Area 55 describes the opening 33 as it may be situated when substrate 31 and top cap 32 are brought together for bonding. Thus, the bonding pads 58a through 59d would be available through opening 33.

This invention should not be considered limited in any respect except as set forth in the following claims.

What is claimed is:

1. A process of making infrared array packages from two wafers comprising:

a) evacuating a chamber contained by a top cap wafer having top cap dies and also containing an array wafer having array dies located so as to be pairable with said top cap dies;

b) physically bringing together the two wafers such that the paired arrays and the top caps are positioned so as to be sealable together;

c) sealing said wafers together;

d) dicing the paired dies.

2. A process as set forth in claim 1 wherein solder is applied to either the top cap wafer or the array wafer at some time prior to step c).

3. A process as set forth in claim 1 wherein the chamber is filled with a low thermal conductivity gas before step c).

4. A process as set forth in claim 1 wherein the sealing step employs ultrasonic bonding.

* * * * *

# Exhibit C
# U.S. Patent No. 6,046,485



US006046485A

# United States Patent [19]

## Cole et al.

[11]  **Patent Number:**     **6,046,485**

[45]  **Date of Patent:**     **Apr. 4, 2000**

[54]  **LARGE AREA LOW MASS IR PIXEL HAVING TAILORED CROSS SECTION**

[75]  Inventors: **Barrett E. Cole**, Bloomington; **Robert E. Higashi**, Shorewood, both of Minn.

[73]  Assignee: **Honeywell International Inc.**, Minneapolis, Minn.

[21]  Appl. No.: **09/283,649**

[22]  Filed:  **Apr. 1, 1999**

[51]  Int. Cl.[7] ............................ **H01L 27/14**; H01L 31/00; H01L 31/058

[52]  **U.S. Cl.** ......................... **257/428**; 257/467; 257/536; 257/332; 257/338.4; 257/370.08; 257/370.14

[58]  **Field of Search** ................................. 257/428, 467, 257/536, 537; 250/332, 338.4, 370.08, 370.14, 370.12, 492.2

[56]      **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,220,188 | 6/1993 | Higashi et al. | .......................... 257/467 |
| 5,286,976 | 2/1994 | Cole . | |
| 5,369,280 | 11/1994 | Liddiard . | |

| | | | |
|---|---|---|---|
| 5,420,419 | 5/1995 | Wood . | |
| 5,600,148 | 2/1997 | Cole et al. . | |
| 5,675,149 | 10/1997 | Wood et al. . | |
| 5,698,852 | 12/1997 | Tanaka et al . | |
| 5,821,598 | 10/1998 | Butler et al . | ............................. 257/467 |
| 5,912,464 | 6/1999 | Vilain et al. | ..................... 250/338.4 |
| 5,929,441 | 7/1999 | Beratan et al . | ..................... 250/338.3 |

*Primary Examiner*—Ngân V. Ngô
*Attorney, Agent, or Firm*—Ian D. Mackinnon

[57]        **ABSTRACT**

The present invention provides a much more optimum design for an infrared pixel microstructure. The configuration of the microstructure itself is designed to optimum operational characteristics including faster speeds than previously available. These faster speeds are achieved by reducing the thermal mass of the pixel itself, thus directly affecting the pixels associated thermal time constant. Thermal mass is reduced by tailoring the cross section of the pixel structure such that protective layers are substantially reduced in areas where they are not necessary. This results in the desired reduction and overall pixel mass and consequently more optimum pixel performance.

**13 Claims, 2 Drawing Sheets**







*Fig.1*



*Fig.2*



*Fig.3*                    *Fig.4*



*Fig.5*

6,046,485

## 1

### LARGE AREA LOW MASS IR PIXEL HAVING TAILORED CROSS SECTION

The Government may have rights in this invention pursuant to Contract No. F08630-96-C-0090, awarded by the Department of the Air Force.

### BACKGROUND OF THE INVENTION

The present invention relates to a pixel structure for use in an infrared pixel array. More specifically, the structure of the present invention is used for microemitter or microbolometer applications. In the microemitter application, the pixel of the present invention is used as one portion of a pixel array to perform infrared projection. Alternatively, in the microsensor, or microbolometer applications, the pixel structure of the present invention forms one pixel of a detector array.

Microstructures generally can be used to form various types of sensors and sensor products. In certain applications, these microstructures are arranged in arrays which cause the multiple pixels to cooperate with one another. One well known application is the microemitter, where the pixel array is used to project an image. In another well known application, the pixel array is used as a microbolometer wherein the array is used to detect a two dimensional signal.

In each application, it is essential that the pixels be isolated from one another. This isolation allows each pixel to operate independently from its surroundings pixels, thus creating contrast in either the sensed or displayed image.

In the aforementioned microemitter application, each pixel is independently energized to project a signal. In the case of an IR scene projector, the pixel is energized, causing heating of the element itself resulting in the emission of IR radiation. When arranged in an array of individual pixels and appropriately addressed, this collection of individual emitters can create the desired image.

Similarly, an array of microstructure pixels can be used in the microbolometer application to detect IR radiation or signals. In this application, each individual pixel is sensitive to IR signals. When such IR signals hit the sensing surface or area of the pixel, the resistance of the pixel active element changes. This resistance change can be appropriately sensed by related circuitry and fed back to an image controller. When the signals from an array of pixels are appropriately processed, a digital picture image can be created.

For any of the microstructure devices referenced above (microbolometer or microemitter), the optimum design is influenced by many factors. Due to the practical operational requirements, these considerations are surprisingly complex. More specifically, the optimum design characteristics include large fill factors, high thermal isolation, and an appropriate thermal time constant (speed).

Generally speaking, the time constant is related to the speed of the device. As can be appreciated, in either a detection or projection mode, it is desired that the pixels are updated frequently. This requires that the pixels be able to cycle or regenerate very quickly. In practical applications, it is not unusual to have frame rates existing anywhere from 30 to 500 hertz, thus the appropriate time constant must exist. Generally speaking, the thermal time constant is equal to the thermal mass of the pixel divided by the thermal conductivity. A low thermal time is desired as this will allow for high speed operation.

As mentioned above, large fill factor is an optimum characteristic in the design of microstructure pixels. Fill

## 2

factor relates to the area used by the active portion of the pixel. It is beneficial for the fill factor to be as high as possible, utilizing the largest potential area of the pixel. This is especially true for emitter applications, where it is desirable to have a large surface of the pixel emitting the desired radiation signals.

Another obvious consideration is thermal isolation. It is clearly necessary that each of the pixels be thermally isolated from one another in order to avoid any cross talk. This allows each pixel to maintain its independence and create a high contrast array.

The ability to distribute and appropriately transmit heat is of the utmost importance in designing the pixel. The ability to dissipate heat when the heated pixel is turned off clearly affects the thermal time constant and speed of the pixel. When designing the microstructure itself, heat dissipation considerations must always be taken into account.

Current microstructures for IR pixels generally can take on several configurations. Each of these configurations however has several consistent features, all related to the manufacturing process. As can be expected, the microstructures used for these infrared pixels are fabricated using thin film processes. Consequently, appropriate films and masks are used in a multi-step process to achieve the appropriate microstructure configuration.

One example of a manufacturing process for creation of these microstructures starts with integrated read out and drive circuitry, previously fabricated on a wafer. This wafer is then finished to have a planar top surface. Next a reflective layer is placed upon this finished top surface. Upon the reflective layer is deposited a sacrificial layer with connection posts at appropriate points to allow communication with the integrated circuit. Upon the sacrificial layer is deposited the actual microstructure itself which includes appropriate layers of resisted material and silicon nitride. When the sacrificial layer is then removed, the microstructure is left, appropriately coupled to the control electronics via connective posts and positioned slightly above the reflective layer. Generally speaking, the active emitter or detector material is encapsulated within an insulating film, such as silicon nitride. This coating provides for mechanical support and chemical passivation. The pixels have a uniform height, generally equal to the height of the silicon nitride layer.

The above-referenced manufacturing process creates pixels of adequate operation, however, their design is not optimized. It is desired to provide the ability to increase the speed at which the pixels can operate without compromising other performance criteria.

### SUMMARY OF THE INVENTION

The present invention provides a pixel microstructure design which will further optimize its operational characteristics. In the design of the microstructure, various portions of a silicon nitride protective layer are removed in order to reduce the overall mass of the pixel. Consequently, when viewed in cross section, the overall microstructure no longer has a consistently smooth upper surface, rather, unneeded portions of the protective layers are removed. This removal, drastically affects the thermal mass of the microstructure. As previously mentioned, the time constant is proportional to the thermal mass of the pixel structure. By reducing the thermal mass, the time constant is also reduced. This allows for faster pixel operation, which can then support faster speed arrays.

This modification to the pixel accomplishes the speed objectives, without sacrificing other optimized characteris-

6,046,485

| 3 | 4 |

tics of a pixel design. For example, the reduction in cross section can be achieved without affecting the two dimensional layout of a pixel. As this will not effect the resistive heating elements of the pixel, fill factor can remain the same and heat transmission properties can remain similar.

It is an object of the present invention to provide a pixel design which is optimally designed for higher speed operation. This design can typically be achieved by reducing the thermal mass of the pixel itself, consequently similarly affecting the time constant.

It is a further object of the present invention to provide an optimized pixel design which does not sacrifice the fill factor or thermal isolation of a pixel.

BRIEF DESCRIPTION OF THE DRAWINGS

Further objects and advantages of the present invention can be seen by reading the following detailed description and referring to the drawings in which:

FIG. 1 is a top view of a conceptual pixel of the present invention;

FIG. 2 is a cross-sectional diagram showing detail of cross-section of the pixel;

FIG. 3 is a top view of one pixel design according to the present invention;

FIG. 4 is a cross-sectional diagram of the pixel FIG. 1 shown at cross section A—A; and

FIG. 5 is a top view of an alternative pixel design according to the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention optimizes the pixel design for infrared pixel rays by more appropriately controlling the overall mass or size of the pixel. The mass is controlled by altering the cross section of the pixel. By providing a newly designed pixel structure, the time constant and heating characteristics are appropriately optimized for efficient operation of the pixel itself. This design is particularly appropriate when the pixel is being used as a microemitter. However, advantages can be obtained for microbolometer applications as well.

Referring now to FIGS. 1 and 2 there is shown a conceptual diagram of the microstructure of the present invention. Generally shown is a microstructure pixel 10 which is generally of rectangular shape. At two opposite corners of the microstructure pixel are a first contact 12 and a second contact 14. As is generally understood, first contact 12 and second contact 14 are used to interconnect with appropriate control circuitry. Oftentimes this control circuitry is located above or below the pixel itself. A general description of micromachine pixels as used in infrared applications can be found by referring to B. E. Cole, R. E. Higashi, and R. A. Wood, "Monolith Arrays of Micromachined Pixels for Infrared Applications," Proceedings of the IEEE, Vol. 86, No. 8, pp. 1679–82, which is herein incorporated by reference.

Pixel 10 has a responsive area 20 which is electrically connected to first contact 12 via a resistor path 16. Similarly, responsive area 20 is connected to second contact 14 via a resistive path 18. As will be recognized, responsive area 20 is configured to either emit or detect infrared radiation. Specifically, in an emitter application, current is provided to the responsive area 20 causing responsive area 20 to heat and emit infrared radiation. Conversely, in a detector application responsive area 20 will change its resistance when infrared radiation is encountered. This change in resistance

can thus be connected by the associated circuitry and provided to further signal processing systems.

Pixel 10 further has a first cutout region 22 and a second cutout region 24 to provide appropriate pixel isolation. By providing these cutouts, control of all thermal transfer characteristics is easily achieved.

Referring now specifically to FIG. 2, there is shown a cross-sectional diagram of the conceptual pixel of FIG. 1. In typical construction of such pixels, resistive areas 26 are generally deposited and then are completely covered by protective layers 27. Protective layers 27 are typically thin film layers of silicon nitride, or a similar compound. It can be seen by referring to FIG. 2 however, the cross-section of the present pixel is not uniform. More specifically, the portion above responsive region 20 has a reduced cross-section. Such cross-section is created by appropriate thin film processing techniques such as masking, etc.

This cross-sectional reduction above the active area reduces the overall mass of the pixel itself, having a positive effect on the pixel's operational characteristics. More specifically, the reduction in mass directly affects the time constant of the pixel. The time constant is proportionally related to the thermal mass divided by the thermal conductivity of the pixel, this reduction in mass has a direct reduction in the thermal time constant. The time constant is inversely proportional to the pixel speed capabilities. Consequently, a reduction in time constant translates into a higher speed pixel. Further, the design of the pixel shown in FIGS. 1 and 2 does not in any way compromise the fill factor of the pixel or its optional properties since the IR properties are defined by an absorber layer 29 and a reflector 30. As will be appreciated, the reflective layer may typically consist of a thin metal film such as Pt or Au. Similarly, absorber layer 29 may be fabricated of a thin layer of nickel iron alloy, often called a permalloy. Further discussion regarding optimum configuration and designs for absorber layer 29 and reflector 30 is contained in U.S. Pat. No. 5,286,976 entitled Microstructure Design for High IR Sensitivity, which is assigned to the assignee of the present invention and is hereby incorporated by reference. Similar discussion of microstructure configuration for scene projectors can be found by referring to U.S. Pat. No. 5,600,148 entitled Low Power Infrared Scene Projector Array and Method of Manufacture, which is also assigned to assignee of the present invention and is hereby incorporated by reference. As can be seen in FIGS. 1 and 2, no surface area of the pixel is removed or reduced, leaving the active area of the pixel the same size.

Also shown in FIG. 2 are related structures which assist the operation of the pixel, especially when used as an emitter. As previously mentioned, each pixel is connected to associated control circuitry. This connection is made by having first contact 12 and second contact 14 be connected to supporting elements 28. Supporting elements 28 cause the contacts to stand off a substrate or underlying structure. Within supporting elements 28 are the necessary elements to electrically connect to integrated circuits which are fabricated on a surface below the pixel microstructure 10. This connection structure is commonly referred to as a via which is well understood in the art. Typically coated above the integrated circuits is a reflective coating 30. This reflective coating helps to create a quarter wave resonant cavity beneath the pixel microstructure 10.

Responsive area 20, existing between the resistor paths 26 has a much lower cross sectional height as shown in FIG. 2. The actual structure of this area includes an absorber layer

6,046,485

5

29 which is situated on top of a structure layer 31. This absorber layer for example could be made of a small thickness of nickel chromium. The structure layer 31 however is typically silicon nitrite or some similar material. Observer layer 29 is electrically isolated from the resistive paths for responsive areas.

Referring now to FIGS. 3 and 4 there is shown an alternate embodiment of the present invention. In FIG. 3, there is shown pixel 10 again having a first contact 42 and a second contact 44. Attached to each of first contact 42 and second contact 44 is a first resister leg 46 and a second resistor leg 48 respectively. Each of these resister legs, 46 and 48, are connected to first contact point 52 and second contact point 54. Connected between first contact point 52 and second contact point 54 are two parallel resistive paths. More specifically, first resistive path 56 progresses from first contact point 52 to second contact point 54 along the right-hand side of the pixel shown in FIG. 3. Similarly, second resistive path 58 extends from first contact point 52 to second contact point 54 along the left-hand side of the pixel of FIG. 3. Each of these resistive paths create heating structures such that are heated by applying electrical current. This generation of heat is then transmitted to responsive area 60 which is surrounded by first resistive path 56 and second resistive path 58. Heating of these resistive paths also creates heating of the responsive area 60, and in the case of the microemitter the emission of infrared signals.

Referring now specifically to FIG. 4, where the cross-section along A—A is shown. The resistive material making up first resistive leg 46, second resistive leg 48, first resistive path 56 and second resistive path 58 can be seen. As also can be seen, immediately above these resistive paths are significant protective layers 64. As mentioned, protective layers 64 are typically made out of silicon nitride or some other appropriate material. As similar to the conceptual pixel shown in FIGS. 1 and 2, the pixel of FIG. 4 includes an absorber layer 65 and a structure layer 66. In responsive area 60, the only structure remaining are the absorber layer 65 and the structure layer 66. Again, absorber layer 65 is typically a thin layer of nickel chromium or some similar material whereas the structure layer is typically silicon nitrite. Again, the absorber layer is electrically isolated from the remaining conductors in the pixel, however, helps define the optical properties of the pixel. Above responsive area 60, there currently exists no protective material as this is not necessary. The elimination of the protective layer at this point helps to reduce the overall mass of the pixel itself. It will be appreciated, that a thin protective layer could be included above the responsive area 60.

The above-referenced figures show a couple potential embodiments of the present invention. It will be understood that various configurations of the actual resistive pathway outs could be utilized while also exploiting the advantages of the present invention. It will be appreciated that the actual heating of the active area is responsible for creation of infrared signals. As such, resistive material is not required at this point.

FIG. 5 displays one possible alternative pixel configuration. The pixel of FIG. 5 includes a first contact 72 and a second contact 74 at opposite corners. Attached to each of these contacts is a first resistor leg 76 and a second resistor leg 78. First, resistor leg 76 extends to a first common point 82 while second resistor leg 78 extends to a second common point 84. Each of these structures is substantially similar to that described in relation to FIG. 3 above.

Although configured slightly differently, a resistor path is created between first common point 82 and second common

6

point 84. This resistor path consists primarily of a first resistor lead 86 and a second resistor lead 88 each of which are connected to a central resistor pad 90. Surround resistor pad 90 are a plurality of responsive areas 92. As will be appreciated, each of these additional responsive areas 92 are somewhat cantilevered away from the central resistor. In order to strengthen the structure, several reinforcement bars 94 have been incorporated into the design. It will be appreciated that the resistive paths and the central resistive pad will be fully covered by a full height protective layer of silicon nitride whereas the areas above responsive areas 92 will be of a reduced height. Reinforcement bars being of full height silicon nitride material help to strengthen the overall structure. Again, this approach helps to minimize the overall mass of the pixel.

Those skilled in the art will further appreciate that the present invention may be embodied in other specific forms without departing from the spirit or central attributes thereof. In that the foregoing description of the present invention discloses only exemplary embodiments thereof, it is to be understood that other variations are contemplated as being within the scope of the present invention. Accordingly, the present invention is not limited in the particular embodiments which have been described in detail therein. Rather, reference should be made to the appended claims as indicative of the scope and content of the present invention.

What is claimed is:

1. A microstructure for use as a pixel in a pixel array, comprising:

a plurality of connection pads structurally connected to a substrate, the connection pads further providing electrical connection to a pixel control circuit on the substrate;

a support structure structurally and electrically attached to the plurality of connection pads and extending from the connection pads, the support structure situated above the substrate and having a predetermined cross-sectional height;

a thermally isolated area structurally and electrically attached to the support structure, the thermally isolated area also situated above the substrate and having the predetermined cross-sectional height; and

a responsive area attached to the thermally isolated area and substantially filling the remainder of the pixel area, the fill area having a reduced cross-sectional height, wherein the reduced cross-sectional height is less than the predetermined cross-sectional height.

2. The microstructure of claim 1 wherein the responsive area is surrounded by the thermally isolated area.

3. The microstructure of claim 1 wherein the responsive area extends outwardly from the thermally isolated area.

4. The microstructure of claim 1 wherein the plurality of connector pads includes a first connector pad and a second connector pad.

5. The microstructure of claim 4 wherein the support structure includes a first imbedded electrical connector path connected to the first connector pad and a second imbedded electrical connector path connected to the second connector pad.

6. The microstructure of claim 5 wherein the thermally isolated area includes a resistive path extending between the first connector path and the second connector path.

7. The microstructure of claim 1 wherein the pixel is a microbolometer.

8. The microstructure of claim 1 wherein the pixel is a microemitter.

6,046,485

7

**9**. A microstructure pixel for use in a pixel array, comprising:

a first connection pad and an second connection pad, each connection pad electrically connectable to a pixel control circuit;

a first resistor leg attached to the first connection pad and extending to a first predetermined location within the pixel, the first resistor leg having a predetermined resistor height

a second resistor leg attached to the second connection pad and extending to a second predetermined location within the pixel, the second resistor leg also being of the predetermined resistor height;

a resistor path attached to the first resistor leg at the first predetermined location and attached to the second resistor leg at the second predetermined location, the resistor path extending between the first predetermined location and the second predetermined location, the resistor path also being of the predetermined resistor height; and

8

a reduced height responsive region filling substantially the remainder of the pixel, the reduced height responsive region having a predetermined second height, the predetermined second height being less than the predetermined resistor height.

**10**. The microstructure pixel of claim **9** wherein the reduced height responsive region is surrounded by the resistor path.

**11**. The microstructure pixel of claim **9** wherein the pixel is a microbolometer.

**12**. The microstructure pixel of claim **9** wherein the pixel is a microemitter.

**13**. The microstructure pixel of claim **9** wherein the reduced height responsive region extends outwardly from the resistor path.

\* \* \* \* \*