IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>L-3 COMMUNICATIONS CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-122-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff hereby dismisses the above action with prejudice.

　　　　　　　　　　　　　　　　　　ASHBY & GEDDES

　　　　　　　　　　　　　　　　　　*/s/ Steven J. Balick*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Steven J. Balick (I.D. #2114)
　　　　　　　　　　　　　　　　　　John G. Day (I.D. #2403)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　Phone: 302-654-1888

*Of Counsel:*　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Matthew L. Woods
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181

Dated: April 18, 2005

156044.1