IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-122-JJF |
| v. | ) ) | |
| L-3 COMMUNICATIONS CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff hereby dismisses the above action with prejudice.

ASHBY & GEDDES

/s/ Steven J. Balick

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
Phone: 302-654-1888

*Of Counsel:*                                *Attorneys for Plaintiffs*

Matthew L. Woods
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181

Dated: April 18, 2005

156044 1